IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| LESTER J. OCHOA, CHARLOTTE R. OCHOA, 30920 BROWNSVILLE ROAD, LEVANON OREGON 97355,<br><br>                Plaintiffs,<br><br>     v.<br><br>CAPITAL ONE NA/CHEVY CHASE BANK, 1680 CAPITAL ONE DRIVE, MCLEAN, VA 22102-3491, et al.,<br><br>                Defendants. | Civil No. 11-6077-TC<br><br>ORDER |

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on December 12, 2011, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the

1    - ORDER

district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiffs have timely filed objections. I have, therefore, given de novo review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed December 12, 2011, in its entirety. Defendants' motions to dismiss (#10, #15) are allowed. All of plaintiffs' claims are dismissed with prejudice with the exception of the wrongful foreclosure claim.

IT IS SO ORDERED.

DATED this 17th day of Jan., 2012.

Michael R. Hogan
UNITED STATES DISTRICT JUDGE

2   - ORDER